JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANAHEIM DESERT INN AND SUITES LP,<br><br>    Defendants. | Case No. 8:23-cv-00386-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 11] entered on or about May 3, 2023, and in accordance with Rules 41(b), 41(c), and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims and counterclaims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 14, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE